**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

 v.         Criminal No. 09-cr-097-08-JL

<u>Tammy Marshall</u>

### O R D E R

 Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  Defendant, Tammy Marshall, stipulated to the bail violations but sought new bail.  Unfortunately, when she is "off her meds," a state she prefers, she cannot resist shoplifting.  She is unable to, and has not, gone to drug treatment or testing in 2 ½ months.  She is out of control.  I find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

 Accordingly, it is **ORDERED** that the defendant be detained pending trial.

 The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable

opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                                  _____
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: January 12, 2010

cc:   Richard F. Monteith, Jr., Esq.
       Jennifer C. Davis, Esq.
       U.S. Marshal
       U.S. Probation